TODD A. NOAH (SBN 152328)
TED K. JOE (SBN 242589)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, California 94111
Tel: (415) 705-6377
Fax: (415) 705-6383
E-mail:   tnoah@dergnoah.com
          tjoe@dergnoah.com

Attorneys for Plaintiff and Counter-defendant
ROBOLAW CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBOLAW CORPORATION, | Case No. 5:09-cv-01535 WHA |
| Plaintiff, | [~~PROPOSED~~] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION |
| vs. | |
| MATRIX LEARNING SYSTEMS, INC. | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

Pursuant to this Court's July 9, 2009 Case Management Order and Reference to ADR Unit for Mediation, the parties have agreed to the following schedule leading up to the December 16, 2009 claim construction hearing:

| | |
|---|---|
| Last day to exchange lists of proposed terms for construction (Patent L.R. 4-1) | September 4, 2009 |
| Last day to exchange preliminary claim constructions and extrinsic evidence (Patent L.R. 4-2) | September 18, 2009 |
| Last day to file joint claim construction and prehearing statement (Patent L.R. 4-3) | October 9, 2009 |
| Last day for Robolaw's Opening Claim Construction Brief (Patent L.R. 4-5a) | November 4, 2009 |
| Last day for Matrix's Opposition Claim Construction Brief (Patent L.R. 4-5a) | November 18, 2009 |
| Last day for Robolaw's Reply Claim Construction Brief (Patent L.R. 4-5a) | November 25, 2009 |

IT IS HEREBY STIPULATED by and between the parties that, subject to approval by the Court, the foregoing dates shall apply in this case.

Dated: July 23, 2009                              DERGOSITS & NOAH LLP


                                                  By: /s/ Todd A. Noah
                                                      Attorneys for Plaintiff and Counter-defendant
                                                      ROBOLAW CORPORATION


                                                  MAYER BROWN LLP

Dated: July 23, 2009                              By: /s/ Ian N. Feinberg
                                                      Attorneys for Defendant and Counterclaimant
                                                      MATRIX LEARNING SYSTEMS, INC.

-2-

~~PROPOSED~~ ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION
Case No. 5:09-cv-01535 WHA

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Ian N. Feinberg.

/s/ Todd A. Noah

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 28 2009



Hon. W
United

-3-

PROPOSED ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION
Case No. 5:09-cv-01535 WHA