1  TODD A. NOAH (SBN 152328)                ROBERT A. HUNSTMAN (Pro Hac Vice)
   TED K. JOE (SBN 242589)                  HUNTSMAN LAW GROUP, PLLC
2  DERGOSITS & NOAH LLP                     4466 Riva Ridge Way
   Three Embarcadero Center, Suite 410      Boise, ID 83709
3  San Francisco, California 94111          Tel.: (208) 860-4379
   Tel: (415) 705-6377                      Fax: (208) 362-3723
4  Fax: (415) 705-6383                      E-mail: law2009@huntsmanlg.com
   E-mail: tnoah@dergnoah.com
5          tjoe@dergnoah.com

6  Attorneys for Plaintiff                  Attorneys for Defendant
   ROBOLAW CORPORATION                      MATRIX LEARNING SYSTEMS, INC.

7
8                          IN THE UNITED STATES DISTRICT COURT
9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                                  SAN FRANCISCO DIVISION

11
12 ROBOLAW CORPORATION,              )  Case No. 5:09-cv-01535 WHA
                                     )
13         Plaintiff,                )  **STIPULATION AND ORDER RE**
                                     )  **CONTINUANCE OF DEADLINE FOR**
14                                   )  **P.L.R. 4-1(a) EXCHANGE OF**
       vs.                           )  **PROPOSED CLAIM TERMS AND**
15                                   )  **CLAIM ELEMENTS FOR**
                                     )  **CONSTRUCTION**
16 MATRIX LEARNING SYSTEMS, INC.     )
                                     )
17         Defendant.                )
   _____)

18

19     Pursuant to this Court's July 28, 2009 order, the last day for the parties to exchange proposed

20 claim terms and claim elements for construction (Patent L.R. 4-1(a)) is September 4, 2009. The parties

21 are scheduled to conduct a mediation in this case on September 14, 2009. In order to enable the parties

22 to resolve this matter informally through mediation, the parties have agreed to extend the date to

23 exchange proposed claim terms and claim elements for construction to September 18, 2009. This

24 enlargement of time will not alter the date of any other event or any other deadline already fixed by

25 Court order.

26     IT IS HEREBY STIPULATED, THROUGH COUNSEL OF RECORD, that the last day for the

27
                                              -1-
28

parties to exchange proposed claim terms and claim elements for construction (Patent L.R. 4-1(a)) is September 18, 2009.

IT IS SO STIPULATED

DERGOSITS & NOAH LLP

DATED: September 2, 2009         By:  /s/ Todd A. Noah
                                       Todd A. Noah
                                       Attorneys for Plaintiff
                                       ROBOLAW CORPORATION

HUNTSMAN LAW GROUP, PLLC

DATED: September 2, 2009         By:  /s/ Robert A. Hunstman
                                       Attorneys for Defendant
                                       MATRIX LEARNING SYSTEMS, INC.

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Robert A. Hunstman.

/s/ Todd A. Noah

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __September 3__, 2009         _____
                                       Hon. William Alsup
                                       United States District Judge

*IT IS SO ORDERED — Judge William Alsup*

-2-

STIPULATION RE CONTINUANCE OF
P.L.R. 4-1(a) DEADLINE
Case No. 5:09-cv-01535 WHA