| | |
|---|---|
| TODD A. NOAH (SBN 152328) | ROBERT A. HUNSTMAN (Pro Hac Vice) |
| TED K. JOE (SBN 242589) | HUNTSMAN LAW GROUP, PLLC |
| DERGOSITS & NOAH LLP | 4466 Riva Ridge Way |
| Three Embarcadero Center, Suite 410 | Boise, ID 83709 |
| San Francisco, California 94111 | Tel.: (208) 860-4379 |
| Tel: (415) 705-6377 | Fax: (208) 362-3723 |
| Fax: (415) 705-6383 | E-mail: law2009@huntsmanlg.com |
| E-mail: tnoah@dergnoah.com | |
| tjoe@dergnoah.com | |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| ROBOLAW CORPORATION | MATRIX LEARNING SYSTEMS, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBOLAW CORPORATION, | Case No. 5:09-cv-01535 WHA |
| Plaintiff, | **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |
| vs. | |
| MATRIX LEARNING SYSTEMS, INC. | |
| Defendant. | |

Robolaw Corporation and Matrix Learning Systems, Inc. ("the Parties") hereby stipulate, through their respective counsel of record, that this action be dismissed with prejudice pursuant to the terms of the Parties' September 20, 2009 Settlement and License Agreement. Each party will bear its own attorneys' fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

|   |   |   |
|---|---|---|
| | | DERGOSITS & NOAH LLP |
| DATED: October 1, 2009 | | By: /s/ Todd A. Noah |
| | | Todd A. Noah |
| | | Attorneys for Plaintiff |
| | | ROBOLAW CORPORATION |
| | | |
| | | HUNTSMAN LAW GROUP, PLLC |
| | | |
| DATED: October 1, 2009 | | By: /s/ Robert A. Hunstman |
| | | Attorneys for Defendant |
| | | MATRIX LEARNING SYSTEMS, INC. |

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Robert A. Hunstman.

/s/ Todd A. Noah

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ~~September~~ October 2 ___, 2009

_____
Hon. William Alsup
United States District Judge

*IT IS SO ORDERED — Judge William Alsup, United States District Court, Northern District of California*

-2-

STIPULATED DISMISSAL
Case No. 5:09-cv-01535 WHA